UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

KENNETH SWANSON,

       Petitioner,

                                  File No. 2:13-cv-368

v.

                                  HON. ROBERT HOLMES BELL

CATHERINE BAUMAN,

       Respondent.

_____/

**O R D E R**

On July 21, 2016, Magistrate Judge Timothy P. Greeley issued a Report and Recommendation ("R&R") recommending that the action be dismissed because the claims are without merit and recommending that a certificate of appealability be denied. The R&R was duly served on the parties. No objections have been filed, and the deadline for doing so has expired. On review, the Court concludes that the R&R correctly analyzes the issues and makes a sound recommendation. Accordingly,

**IT IS HEREBY ORDERED** that the July 21, 2016, R&R (ECF No. 8) is **APPROVED** and **ADOPTED** as the opinion of this Court. A judgment will enter dismissing the action.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.

Dated: August 18, 2016                     /s/ Robert Holmes Bell
                                      ROBERT HOLMES BELL
                                      UNITED STATES DISTRICT JUDGE